# UNITED STATES DISTRICT COURT

## District of Minnesota

Roosevelt Bartu, Jr.,

                Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
Marcos Charles, Peter Berg, U.S.
Immigration & Customs Enforcement, U.S.
Department of Homeland Security, Joel
Brott,

                Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-3198 PJS/DTS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.      Petitioner's motion for a temporary restraining order [ECF No. 2] is DENIED.

2.      Petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus [ECF No. 1] is

      DISMISSED.

Date: 12/17/2025                                KATE M. FOGARTY, CLERK